JOSEPH BRATKA, PLAINTIFF-PETITIONER, v. BREYER ICE CREAM CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below:  40 *N. J. Super.* 576.

*Mr. David Cohn* for the petitioner.

*Messrs. Toner, Crowley, Woelper & Vanderbilt* for the respondents.

September 24, 1956.

PHILIP W. CLOYES, PLAINTIFF-RESPONDENT, v. THE TOWNSHIP OF DELAWARE, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below:  41 *N. J. Super.* 27.

*Mr. John E. Yeomans* and *Mr. Warren C. Douglas* for the petitioners.

*Messrs. Norcross & Farr* for the respondent.